IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| HAROLD DOUGLAS BULLARD, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CASE NO. 2:08-CV-1001-WKW (WO) ) |
| STATE OF ALABAMA, *et al.*, | ) ) |
| Defendants. | ) |

## **ORDER**

There being no objections filed to the Recommendation of the Magistrate Judge (Doc. # 5), and upon an independent review of the record, it is ORDERED that the Recommendation is ADOPTED, and that this case is DISMISSED without prejudice. An appropriate judgment will be entered.

DONE this 25th day of February, 2009.

                                             /s/ W. Keith Watkins
                                    UNITED STATES DISTRICT JUDGE